# In the United States Court of Federal Claims

* * * * * * *

ROYAL HILLS *
LIMITED PARTNERSHIP,
*
Plaintiff, No.06-244C
*
v. Filed: May 31, 2006
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * * *

**ORDER**

The parties' joint motion to stay proceedings until 14 days after the conclusion of ADR is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge